IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

**MURPHY OIL USA, INC.**                                                                          **PLAINTIFF**

**v.**                                            **No. 1:13CV01055 KGB**

**ENTERPRISE TE PRODUCTS PIPELINE**
**COMPANY LLC and ENTERPRISE**
**PRODUCTS, L.P.**                                                                               **DEFENDANTS**

### ORDER

The parties have stipulated to dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (Dkt. No. 21).  Accordingly, this action is dismissed with prejudice.  All pending motions are denied as moot.

SO ORDERED this 24th day of July, 2013.

_____
Kristine G. Baker
United States District Judge